UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LUCY ABAJIAN-SALON,

   *Plaintiff*,

v.                                           CASE NO.  SA-23-CV-01020-JKP

CITY OF SAN ANTONIO, TEXAS,

   *Defendant*.

## FINAL JUDGMENT

The Court considered all issues presented in this action against all defendants and rendered its decision. For the reasons stated in the Memorandum Opinion and Order granting summary judgment issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action with prejudice. Plaintiff, Lucy Abajian-Salon, takes nothing against Defendant, the City of San Antonio. The Clerk of Court is directed to close this case.

SIGNED this 4th day of December, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE